UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

  Respondent/Plaintiff,

vs.

RICARDO MURILLO,

  Petitioner/Defendant.

NO. CV-S-03-1220-JLQ
[CR-S-98-347-JLQ]

SCHEDULING ORDER

A scheduling conference was held in the above-entitled matter on February 14, 2006. Assistant United States Attorney Camille W. Damm appeared on behalf of the Government. Daniel Albrechts appeared on behalf of the Petitioner/Defendant.

**It Is Hereby Ordered:**

1. Counsel for the Petitioner/Defendant shall forthwith make available to counsel for the Government the boxes of files delivered by the Defendant's trial counsel.

2. Counsel for the Government shall complete discovery, including any depositions, on or before April 14, 2006.

3. On or before May 5, 2006, all motions, including any motion for evidentiary hearing, shall be served and filed.

**It Is So Ordered.** The Clerk is directed to enter this Order and forward copies to counsel.

**Dated** this ____ day of February, 2006

_____
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1