UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

RICARDO MURILLO,

        Defendant.

No. CV-S-03-1220-JLQ
CR-S-98-347-JLQ

ORDER

The Plaintiff's Motion To File Supplemental Response is GRANTED.

The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 15TH day of May 2006.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1