FILED ✓ ENTERED   RECEIVED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 3 0 2006

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>RICARDO MURILLO,<br><br>              Defendant. | No. 2:98-CR-0347-JLQ<br><br>ORDER FOR FILING OF STATEMENT(S) OF MATERIAL DISPUTED FACTS FOR EVIDENTIARY HEARING |

      The court has reviewed the Supplemental Briefs filed by the Defendant (C.R. 249) and the Government (C.R. 250 & 251) on the Defendant's Motion To Vacate, Set Aside, Or Correct his sentence. These Supplements were filed subsequent to the depositions of former defense counsel from the Federal Defenders office and that of the Investigator therefrom assigned to this matter.

      The court is prepared to set oral argument in this matter if there are no disputed issues of material facts that would require an evidentiary hearing, as opposed to legal issues. From a review of the pleadings in this matter it appears that the issues herein do not arise from disputed facts concerning the knowledge and actions of the Federal Defenders, but rather, the issues for the court are whether those actions, or the lack thereof, constituted ineffective assistance of counsel to this Defendant. However, before setting this matter for oral argument, the court will afford counsel the opportunity to file a Statement Of Disputed Issues of Material Fact which counsel feel would require an evidentiary hearing and the presence of the Defendant. Such a Statement, if any, shall

ORDER - 1

include, *seriatim*, the claimed issue of material fact, the name of each witness to such fact, a statement of the proposed testimony of each such witness, and a reference to that portion of the record setting forth such alleged issue of material fact.

The Defendant shall serve and file his Statement Of Disputed Issues Of Material Fact on or before the 23rd day of June, 2006. Counsel for the Government shall respond thereto on or before the 7th day of July, 2006. The court will then set oral argument on the issue of an evidentiary hearing, if any.

If counsel for the Defendant does not file a Statement of Disputed Issues Of Material Fact, or if counsel for the Defendant notifies the court that no such issues of material fact exist, as opposed to legal issues, the court will proceed to set argument on the Defendant's 28 U.S.C. § 2255 Motion.

The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 30th day of May 2006.


s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2