UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>RICARDO MURILLO,<br><br>　　　　　　Defendant. | No. 2:98-CR-0347-JLQ<br><br>ORDER SETTING ORAL ARGUMENT |

All briefing and discovery in this matter has now been completed. The court has previously ruled (C.R. 260) that there are no remaining disputed (incorrectly stated as "undisputed" at C.R. 260, page 3, line 14) issues of fact.

Pursuant to prior notification to counsel, IT IS HEREBY ORDERED that oral argument on the Defendant's Petition For Writ of Habeas Corpus shall take place in the Lloyd George United States Courthouse in Las Vegas, Nevada on Tuesday the 8th day of May, 2007, commencing at 1:30 p.m. The court will consider the legal authorities and citations contained in the prior filings of counsel. If either counsel wishes to file any supplemental briefing, such shall be served and filed on or before the 2nd day of May, 2007.

The Clerk of this court shall enter this Order and forward copies to counsel.

**DATED** this 20th day of April 2007.

　　　　　　　　s/ Justin L. Quackenbush
　　　　　　JUSTIN L. QUACKENBUSH
　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1