# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff(s),<br><br>  v.<br><br>RICARDO MURILLO, et al.,<br><br>         Defendant(s). | Case No. 2:98-CR-347 JCM<br><br>ORDER |

  Presently before the court is the Federal Public Defender's ("FPD") motion for the appointment of CJA counsel to assist defendant Ricardo Murillo with his pro se motion for compassionate release under the FIRST STEP Act. (ECF No. 288).

  On April 16, 2020, Chief Judge Du issued Amended General Order 2020-06, which appoints the FPD to represent defendants who file "a pro se section 3582(c)(1)(A) motion directly with this [c]ourt pursuant to section 603(b) of the FIRST STEP Act." Amended General Order 2020-06. If the FPD has "a prohibitive conflict," it must "file a motion requesting that CJA counsel be appointed according to the regular procedures of the District of Nevada for the appointment of counsel." *Id.* The FPD has done so here.

  Accordingly,

  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the FPD's motion (ECF No. 288) be, and the same hereby is, GRANTED. CJA counsel shall be appointed to assist Murillo with moving for compassionate release consistent with Amended General Order 2020-06.

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that Ricardo Murillo's pro se motion for appointment of counsel (ECF No. 289) be, and the same hereby is, DENIED as moot.

DATED February 25, 2022.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**