UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>RICARDO MURILLO, et al.,<br><br>Defendant(s). | Case No. 2:98-CR-347 JCM<br><br>ORDER |

Presently before the court is Ricardo Murillo's *pro se* motion to reduce his sentence under the First Step Act (18 U.S.C. § 3582(c)(1)(A)(i)). (ECF No. 286).

The court notes that counsel has been appointed for Mr. Murillo since his filing of his *pro se* motion. (ECF No. 300) (the court appointed CJA counsel, Jacqueline Tirinnanzi "to represent Ricardo Murillo for the limited purpose of determining whether Murillo may be eligible for [c]ompassionate [r]elease under 18 U.S.C. § 3582(c)(1)(A)).

Courts have broad discretion in managing their dockets. *See, e.g., Landis v. N. American Co.*, 299 U.S. 248, 254 (1936) (courts have the inherent power to "control the disposition of the causes on its docket with economy of time and effort for itself, for counsel and for litigants"). Accordingly, the court elects to deny Mr. Murillo's motion without prejudice, and grants leave to re-file the motion, as appropriate, after consultation with his newly appointed counsel.

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Mr. Murillo's motion to reduce his sentence (ECF No. 286) be, and the same hereby is, DENIED, without prejudice.

DATED May 10, 2022.

_____
UNITED STATES DISTRICT JUDGE